[925 NE2d 926, 899 NYS2d 123]

AWARDS.COM, LLC, et al., Appellants, v KINKO's, INC., et al., Respondents, et al., Defendant.

Argued February 10, 2010; decided March 30, 2010

792

**APPEARANCES OF COUNSEL**

*Chadbourne & Parke, LLP*, New York City (*Alan I. Rayles-berg, George Bundy Smith, Thomas E. Butler* and *Eric Twiste* of counsel), and *Berg & Androphy* (*David H. Berg* and *Christopher Gadoury* of the Texas bar, admitted pro hac vice of counsel) for appellants.

*Terrence O. Reed* of the Tennessee bar, admitted pro hac vice, and *Connie Lewis Lensing* for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The judgment of Supreme Court appealed from and the order

of the Appellate Division brought up for review should be affirmed with costs.

Under the circumstances of this case, defendant Kinko's, Inc. was justified in terminating its contract with plaintiff Inspire Someone, LLC. The failure of Inspire Someone to pay its monthly rent promptly was a material breach (see *Madison Ave. Leasehold, LLC v Madison Bentley Assoc. LLC*, 8 NY3d 59, 65 [2006]; *Fifty States Mgt. Corp. v Pioneer Auto Parks*, 46 NY2d 573, 578 [1979]); the contract contained no provision for a grace period, and no requirement that Kinko's give notice of a breach and an opportunity to cure it; and Kinko's did not waive its right to terminate.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Judgment of Supreme Court appealed from and order of the Appellate Division brought up for review affirmed, with costs, in a memorandum.